459 A.2d 39

Ins. Co. of N. America v. Bishop, et al.

Appeal of Teamsters Local No. 429 Health and Welfare Fund.

Appeal of Insurance Company of North America.

Appeal of Connie L. Bishop.

Petitions for Allowance of Appeal
Granted & Denied Oct. 4, 1983.

Argued January 25, 1983. George F. Douglas, Jr., for appellant (at No. 333) for appellee (at No. 337 and 338); James Kenneth Thomas, II, for appellant (at No. 337) and for appellee (at

Nos. 333 and 338); Daniel K. Deardoff, for appellant (at No. 338) and for appellee (at No. 333 and 337).

Before WICKERSHAM, CIRILLO and WATKINS, JJ.

Affirmed.